# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Nick Laws, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:19-cv-00235-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Child Support Services | ) | |
| Judy Mcarn | ) | |
| Dena Diorio | ) | |
| Mecklenburg County Child Support | ) | |
| Enforcement | ) | |
| Joan Kennedy | ) | |
| Mecklenburg County, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 26, 2020 Order.

March 26, 2020

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court